IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY BLACK, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 14-0442-WS-N |
| | ) |
| GARY REYNOLDS and | ) |
| DIRECT GENERAL, INC. | ) |
| | ) |
|   Defendants. | ) |

**ORDER ON JURY TRIAL**

    This action came before the Court for trial by jury on February 10, 2016, with Chief United States District Judge William H. Steele presiding. The jury was selected on February 2, 2016, and sworn on the morning of trial. The plaintiff presented her case-in-chief and rested on February 10, 2016. The defendants filed a motion for judgment as a matter of law at the close of the plaintiff's case, which was granted for the reasons stated on the record.

    In accordance with the Court's oral order, the motion for judgment as a matter of law, (Doc. 118), is **granted**.  The plaintiff's claims against the defendants are **dismissed with prejudice**.  Final judgment will be entered by separate order.

    DONE and ORDERED this 18th day of February, 2016.

                                              s/WILLIAM H. STEELE
                                              CHIEF UNITED STATES DISTRICT JUDGE